**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| Randall R. Maddalone and | ) | Bankruptcy No. 12-35993 |
| Lenora J. Maddalone | ) | |
| | ) | Chapter 7 |
| | ) | Judge Bruce W. Black (Joliet) |

To:    See Attached List

**NOTICE OF MOTION**

    **PLEASE TAKE NOTICE** that on *December 6, 2013* at the hour of *9:15 a.m.* or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Bruce W. Black in the Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, Illinois , or any other judge sitting in his place and stead, and shall then and there present the attached Final Application of InnovaLaw, P.C. For Allowance of Compensation and Expenses as Counsel for the Trustee, a copy of which is hereby served upon you.  You may appear if you choose.

                    David E. Grochocinski
                    Kathleen M. McGuire
                    InnovaLaw, P.C.
                    1900 Ravinia Place
                    Orland Park IL  60462
                    (708) 675-1975

**CERTIFICATE OF SERVICE**

    David E. Grochocinski under oath, certifies that he is the one of the attorneys for the movant and that he mailed a copy of this Notice and Motion to the above listed parties from 1900 Ravinia Place, Orland Park, IL 60462 with proper postage prepaid on November 12, 2013, before the hour of 5:00 o'clock p.m.

                        _____/s/David E. Grochocinski
                        David E. Grochocinski

## SERVICE LIST

Maddalone- 12-35993


Randall and Lenore Maddalone
1028 Vermillion St.
Plano, Illinois 60545

Randall and Lenore Maddalone
c/o Darrell L. Jordan
Law Offices of Darrell L. Jordan
1999 West Galena, Suite B
Aurora, Illinois  60506
lawjko@yahoo.com
Via Electronic Service

Patrick S. Layng- U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov
Via Electronic Service

Thomas Sullivan
Law Office of William J. Factor
105 W. Madison Suite 1500
Chicago, Illinois 60602

Easy Peel® Labels
Use Avery® Template 5160®

Feed Paper ▲   Bend along line to
expose Pop-up Edge™

AVERY® 5160®

Label Matrix for local noticing
0752-1
Case 12-35993
Northern District of Illinois
Chicago
Wed Aug 21 13:30:44 CDT 2013

Capital One, N.A.(Best Buy Co., Inc.)
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

ASI
P.O. Box 15017
Wilmington, DE 19886-5017

Adventist
La Grange Memorial Hospital
P.O. Box 1965
Southgate, MI 48195-0965

Advertising Specialty Institute
ASI
4800 Street Road
Trevose, PA 19053-6698

Alcoa Billing Center
3429 Regal Dr
Alcoa, TN 37701-3265

Alpha Shirt Company
23591 Network Place
Chicago, IL 60673-1235

At&T
P.O. Box 8100
Aurora, IL 60507-8100

Banner Health
PO Box 52616
Phoenix, AZ 85072-2616

Banner Thunderbird Medical Center
P.O. Box 18
Phoenix, AZ 85001-0018

Bodek & Rhodes
P.O. Box 820144
Philadelphia, PA 19182-0144

Brian Murphy
Murphy & Associates
808 N. Lake St.
Aurora, IL 60506-3141

Brother Intl
100 Somerset Corp Blvd.
Bridgewater, NJ 08807-2850

Bureau Of Medical Economics
326 East Coronado Rd.
Phoenix, AZ 85004-1524

Canyon Orthopaedic Surgeons
10450 W Mcdowell Rd Ste 102
Avondale, AZ 85392-4901

Capital One/ Best Buy
P.O. Box 5253
Carol Stream, IL 60197-5253

Chase
P.O. Box 15153
Wilmington, DE 19886-5153

Comed
P.O. Box 6111
Carol Stream, IL 60197-6111

Cristall Thread & Supply
P.O. Box 680
Kenmore, NY 14217-0680

Denkewalter & Angelo
5215 Old Orchard Road
Skokie, IL 60077-1035

Dex One
P.O. Box 9001401
Louisville, KY 40290-1401

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

Discover Fin Svcs Llc
P.O. Box 15316
Wilmington, DE 19850-5316

Edwards Garments Co.
P.O. Box 77000
Detroit, MI 48277-2000

EmbroidMe.com, Inc
2121 Vista Parkway
West Palm Beach, Florida 33411-2706

Ford Motor Credit
P.O. Box Box 542000
Omaha, NE 68154-8000

Ford Motor Credit Company LLC
P O Box 6275
Dearborn, MI 48121-6275

Greco & Reggi
1550 Hecht Rd
Bartlett, IL 60103-1697

Greco/Reggi RT. 4 L.L.C.
c/o Marcia Owens and Yeny C. Estrada
Edwards Wildman Palmer LLP
225 West Wacker Drive
Suite 3000
Chicago, Illinois 60606-3007

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5160®

Sens de
chargement

Repliez à la hachure afin de
révéler le rebord Pop-up™

www.avery.com
1-800-GO-AVERY

Easy Peel® Labels
Use Avery® Template 5160®

Bend along line to
expose Pop-up Edge™

AVERY® 5160®

Healthcare Collections Llc
P.O. Box 82910
Phoenix, AZ 85071-2910

Home Pages
P.O. Box 982
De Kalb, IL 60115-0982

Horizons By Marriott
P.O. Box 382028
Pittsburgh, PA 15250-8028

Inpatient Consultants Of Illinois
P.O. Box 92934
Los Angelos, CA 90009-2934

James Longton Dpm Pc
3217 E Shea Blvd. #503
Phoenix, AZ 85028-3340

Law Offices of Darrell L Jordan
1999 West Galena
Aurora, IL 60506-4305

Little Rock-Fox Fire Prot Dist
P.O. Box 218
Plano, IL 60545-0218

Maddalone Lenora J
1028 Vermillion St
Plano, IL 60545-3024

Maddalone Randall R
1028 Vermillion St
Plano, IL 60545-3024

Marriott Ownership Res
1200 Us Highway 98 S Ste
Lakeland, FL 33801-5901

Midwest Orthopaedic Institute
2111 Midlands Court
Sycamore, IL 60178-3125

National Peace Officer's Press
120 Collinsville Rd.
Troy, IL 62294-1398

Nicor Gas
P.O. Box 0632
Aurora, IL 60507-0632

North Valley Emergency Spec, Llc
5555 W Thunderbird Rd
Glendale, AZ 85306-4622

Northern Leasing Systems, Inc
132 W. 31st St. 14th Floor
New York, NY 10001-3405

Provena Mercy
Patient Financial
1643 Lewis Ave. Suite 203
Billings, MT 59102-4151

Provident Funding Asso
1235 N Dutton Ave
Santa Rosa, CA 95401-4642

Provident Funding Associates, L.P.
C/O Potestivo & Associates
811 South Blvd.
Rochester Hills, Mi 48307-5359

Quantum3 Group LLC as agent for
CF Medical LLC
PO Box 788
Kirkland, WA 98083-0788

S& S Activewear
8089 Solutions Center
Chicago, IL 60677-8000

SanMar Corp
22833 SE Black Nugget Rd
Ste 130
Issaquah, WA 98029-3621

SimonMed Imaging
One City Blvd West, Ste 1100
Orange, CA 92868-3647

Sonora Quest Laboratories
1255 W Washington St.
Tempe, AZ 85281-1210

South Mountain
10919 S. Central Avenue
Tempe, AZ 85287-0001

State Farm
P.O. Box 680001
Dallas, TX 75368-0001

State Of Illinois
P.O. Box 19447
Springfield, IL 62794-9447

Td Auto Finance
27777 Franklin Rd
Farmington Hills, MI 48334

Tri-Mountain
4889 4th St.
Irwindale, CA 91706-2194

United Franchise Group
2121 Vista Parkway
West Palm Beach, FL 33411-2706

eCAST Settlement Corporation, assignee
of Chase Bank USA, N.A.
POB 29262
New York, NY 10087-9262

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5160®

Sens de
chargement

Repliez à la hachure afin de
révéler le rebord Pop-up™

www.avery.com
1-800-GO-AVERY

Easy Peel® Labels
Use Avery® Template 5160®

Bend along line to
expose Pop-up Edge™

AVERY® 5160®

Darrell L Jordan
Law Offices of Darrell L. Jordan
1999 West Galena, Suite B
Aurora, IL 60506-4305

Lenora J Maddalone
1028 Vermillion St.
Plano, IL 60545-3024

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Randall R Maddalone
1028 Vermillion St.
Plano, IL 60545-3024

Thomas B Sullivan
Law Ofc of William J Factor
105 W Madison
Suite 1500
Chicago, IL 60602-4602

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)FORD MOTOR CREDIT COMPANY LLC

(u)Greco Reggi Yorkville RT4, LLC

(u)Provident Funding Associates, L.P.

(u)Janie Westergard

(u)Vincent Maddalone

End of Label Matrix
Mailable recipients    64
Bypassed recipients     5
Total                  69

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5160®

Sens de
chargement

Repliez à la hachure afin de
révéler le rebord Pop-up™

www.avery.com
1-800-GO-AVERY

## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:
Randall R. Maddalone and
Lenora J. Maddalone

CHAPTER 7 CASE

CASE NO. 12-35993

Judge Bruce W. Black

Debtor(s)

### COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant **InnovaLaw, P.C.**

Authorized to Provide
Professional Services to **TRUSTEE THOMAS B. SULLIVAN**

Date of Order Authorizing
Employment:                    **11/16/2012**

Period for Which                November 1, 2012 through June 13, 2013
Compensation is sought

Amount of Fees sought  **$13, 383.50**

Amount of Expense
Reimbursement sought **$  25.00**

This is an:                Interim                    Final Application **X**
                           Application

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses

incurred herein is:                                    $ 0.00

Date: November 12, 2013            By: /s/ David E. Grochocinski

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 12-35993 |
| Randall R. Maddalone and | ) | Chapter 7 |
| Lenora J. Maddalone, | ) | Judge Bruce W. Black |
| Debtor(s). | ) |  |

## FINAL APPLICATION OF INNOVALAW PC  FOR ALLOWANCE OF COMPENSATION AND EXPENSES AS COUNSEL FOR THE TRUSTEE

Now comes InnovaLaw, P.C., as former counsel the Trustee, Thomas B. Sullivan, in the above captioned matter, pursuant to section 331 of Title 11 of the United States Bankruptcy Code, hereby requesting that this Court enter an order allowing $13, 383.50 in fees and $25.00 as reimbursement for costs and expenses incurred by InnovaLaw, P.C. from November 1, 2012 through and including June 13, 2013 (the application period) in connection with legal services InnovaLaw provided to the trustee.  In support of this Application of InnovaLaw P.C., for Allowance of Compensation and Reimbursement of Expenses, InnovaLaw P.C. states as follows:

### I.    BACKGROUND

1) On September 11, 2012, the debtors, Randall and Lenora Maddalone filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code.

2) InnovaLaw, P.C. was authorized to represent the trustee pursuant to an order date November 16, 2012 generally before the Court.  The primary purpose of the employment was to assist the trustee in matters concerning negotiations with creditors, review and examine claims, file such avoidance actions as may be

advisable, liquidate out-of-state real property and to otherwise represent the debtor in matters before the Court.

3) No prior funds have been paid to counsel and this is the first application for compensation.

4) The rates and hours of the attorneys who have rendered services are attached in a separate schedule delineated in Exhibit A, a copy of which is attached hereto.  The rates charged and for which compensation is sought are identical to the rates generally charged by InnovaLaw, P.C.  As set forth in the exhibit, some of the services were rendered by David E. Grochocinski whose hourly rate is $450.00 per hour and who expended 4.50 hours of time.  Kathleen M. McGuire, an associate of the firm expended 13.10 hours at her rate of $385.00 per hour. Ariane Holtschlag, a former associate of the firm expended 20.75 hours at her rate of $300.00 per hour. Gricel Gonzalez, a former paralegal in the firm expended 1.2 hours at the rate of $75.00 per hour.

## II.     NARRATIVE PROJECT SUMMARY OF FEES

InnovaLaw P.C. rendered services of 39.55 hours, with a time value of $13, 383.50, in connection with the recovery of a real property located in Arizona (the "Arizona Condominium") that was subsequently sold by the bankruptcy estate for $80,000.00.  A detailed itemization of the professional time expended is attached hereto as Exhibit A.

### A. Revocation of Trust and Objection to Homestead Exemption

In their bankruptcy petition, the Debtors reported an interest in a revocable trust with spendthrift provisions (the "Trust") that held title to a number of assets, including

the Arizona Condominium. The Debtors' son, Vincent Maddalone ("Vincent") asserted that the Arizona Condominium was his residence and he claimed a homestead exemption with respect to the property. In order to recover the Arizona Condominium for the estate, InnovaLaw, P.C. researched applicable law, prepared and briefed a motion to revoke the Trust and responded to Vincent's objection to revocation of the Trust and Vincent's claim of homestead exemption.

## B.  SALE OF REAL PROPERTY

InnovaLaw P.C. provided legal services in connection with the sale of the Arizona Condominium. Those services included the preparation of a listing agreement, discussions with Arizona brokers and review of numerous offers to purchase the property, drafts of contracts for the sale, motions related to employment of broker and sale of real estate and conducting hearings on such matters. The closing of the sale was complicated by the fact that the Trust had been revoked. InnovaLaw, P.C. engaged in numerous discussions with the title insurer and took steps necessary to clear title to the property. Counsel also took steps needed to procure the necessary signatures from the Debtors on the deed.

## III.    NOTICE

Notice of this motion has been sent to the United States Trustee and all other creditors that have requested that notice be served upon them. These include the creditors who have actively participated in the Chapter 7 case as detailed on the notice list attached hereto.

## IV.    EXPENSES

InnovaLaw P.C. expended the sum of $25.00 to obtain certified copies of court orders needed to clear title to the Arizona Condominium. See Attached Exhibit B.

## V.    OTHER MATTERS

InnovaLaw, P.C. has no agreement to share any compensation awarded by the Court with any third party except such sharing as may occur between shareholders or partners of the same partnership or corporation.  All services were rendered for and on behalf of the trustee and no other party and the services rendered by applicants were necessary for the administration of the estate.

### Attorneys

David E. Grochocinski was admitted to practice in the State of Illinois in 1976.  He is a member of the Bar for the Northern District of Illinois and the State of Illinois; is a member of the Northern District of Illinois Trial Bar and has been on the private panel of chapter 7 trustee since 1984.

Kathleen M. McGuire was admitted to practice in the State of Illinois in 1988.  She is a member of the Bar for the Northern District of Illinois and the State of Illinois and the Northern District of Illinois Trial Bar.  Ms. McGuire concentrates her practice on matters relating to bankruptcy and reorganization.

Ariane Holtschlag was admitted to practice in the State of Illinois in 2007.  She is a member of the Bar for the Northern District of Illinois and the State of Illinois, and a member of the Northern District of Illinois Trial Bar.  Ms. Holtschlag concentrates her practice on matters relating to bankruptcy and reorganization.

## VI.   CONCLUSION

WHEREFORE, InnovaLaw, P.C., requests that the Court enter an order awarding compensation in the sum of $13, 383.50 and reimbursement of expenses in the sum of $25.00 instanter.

InnovaLaw, P.C.
As counsel for the Chapter 7 Trustee


By:  /s/ David E. Grochocinski
        One of its Attorneys