**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: MADDALONE, RANDALL | § Case No. 12-35993-BWB |
| MADDALONE, LENORA | § |
| | § |
| Debtor(s) | § |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 11, 2012. The undersigned trustee was appointed on September 11, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $          83,079.89

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 22,110.54 |
| Bank service fees | 1,922.38 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 59,046.97 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/11/2013 and the deadline for filing governmental claims was 03/11/2013.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,244.50.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,244.50, for a total compensation of $7,244.50.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/02/2015          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-35993-BWB  
**Case Name:** MADDALONE, RANDALL  
MADDALONE, LENORA  
**Period Ending:** 03/02/15

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 09/11/12 (f)  
**§341(a) Meeting Date:** 10/11/12  
**Claims Bar Date:** 03/11/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 15853 N 74TH AVENUE, PEORIA, AZ | 112,300.00 | 0.00 | | 0.00 | FA |
| 2 | 8940 W OLIVE UNIT 99, PEORIA AZ | 56,185.00 | 56,185.00 | | 83,079.89 | FA |
| 3 | 11501 INTERNATIONAL DRIVE, ORLANDO, FL | 44,408.00 | 0.00 | | 0.00 | FA |
| 4 | CASH | 27.00 | 0.00 | | 0.00 | FA |
| 5 | BANK OF AMERICA | 53.71 | 0.00 | | 0.00 | FA |
| 6 | BANK OF AMERICA | 640.27 | 0.00 | | 0.00 | FA |
| 7 | BANK OF AMERICA | 1,371.53 | 0.00 | | 0.00 | FA |
| 8 | OLD SECOND | 7.29 | 0.00 | | 0.00 | FA |
| 9 | HOUSEHOLD GOODS | 400.00 | 0.00 | | 0.00 | FA |
| 10 | BOOKS ETC | 125.00 | 0.00 | | 0.00 | FA |
| 11 | WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 12 | WEDDING RINGS | 2,000.00 | 0.00 | | 0.00 | FA |
| 13 | RIFLE | 75.00 | 0.00 | | 0.00 | FA |
| 14 | WEST SUBURBAN BANK | 68.75 | 0.00 | | 0.00 | FA |
| 15 | 2002 FORD TAURUS | 3,002.00 | 0.00 | | 0.00 | FA |
| 16 | 2008 JEEP PATRIOT | 6,573.00 | 0.00 | | 0.00 | FA |
| 17 | 2011 FORD FUSION | 10,485.00 | 0.00 | | 0.00 | FA |
| 18 | LAPTOP | 100.00 | 0.00 | | 0.00 | FA |
| 19 | CLUB AT SOUTH MOUNTAIN PRESERVE | 15,000.00 | 0.00 | | 0.00 | FA |
| 19 Assets | Totals (Excluding unknown values) | **$253,321.55** | **$56,185.00** | | **$83,079.89** | **$0.00** |

**Major Activities Affecting Case Closing:**

FINAL RETURNS TO BE PREPARED; FINAL REPORT TO FOLLOW

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 12-35993-BWB  
**Case Name:** MADDALONE, RANDALL  
MADDALONE, LENORA  
**Period Ending:** 03/02/15

**Trustee:** (330180)   THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 09/11/12 (f)  
**§341(a) Meeting Date:** 10/11/12  
**Claims Bar Date:** 03/11/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   December 31, 2014   **Current Projected Date Of Final Report (TFR):**   June 30, 2015

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-35993-BWB  
**Case Name:** MADDALONE, RANDALL  
MADDALONE, LENORA  
**Taxpayer ID #:** **-***5590  
**Period Ending:** 03/02/15

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7066 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 06/21/13 | | GRAND CANYON TITLE AGENCY, INC. | SALE OF REAL PROPERTY | | | 75,797.56 | | 75,797.56 |
| | {2} | | | 83,079.89 | 1110-000 | | | 75,797.56 |
| | | MARICOPA COUNTY TREASURER | COUNTY TAXES | -276.45 | 2820-000 | | | 75,797.56 |
| | | GRAND CANYON TITLE AGENCY | OWNERS POLICY | -720.50 | 2500-000 | | | 75,797.56 |
| | | POWER REALTY SERVICES | COMMISSION | -4,150.00 | 3510-000 | | | 75,797.56 |
| | | GRAND CANYON TITLE INS | TITLE INS ETC | -419.00 | 2500-000 | | | 75,797.56 |
| | | MANCOPA COUNTY TREASURER | 2012 TAXES | -626.88 | 2820-000 | | | 75,797.56 |
| | | WESTGREEN TOWNHOUSE ASSOC | HOA DUES | -1,079.00 | 2500-000 | | | 75,797.56 |
| | | SALT RIVER VALLEY WATER USERS | SERVICE CHARGE | -10.50 | 2500-000 | | | 75,797.56 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 14.53 | 75,783.03 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 119.90 | 75,663.13 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 108.82 | 75,554.31 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 105.04 | 75,449.27 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 119.38 | 75,329.89 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 101.12 | 75,228.77 |
| 12/10/13 | 101 | INNOVALAW, PC | FEES & COSTS TO TRUSTEE'S COUNSEL | | | | 12,663.50 | 62,565.27 |
| | | | EXPENSES | 25.00 | 3220-000 | | | 62,565.27 |
| | | | FEES | 12,638.50 | 3210-000 | | | 62,565.27 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 111.74 | 62,453.53 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 92.82 | 62,360.71 |
| 02/03/14 | 102 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #12-35993, BOND#016026455 | | 2300-000 | | 52.31 | 62,308.40 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 83.68 | 62,224.72 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 86.51 | 62,138.21 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 95.34 | 62,042.87 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 89.23 | 61,953.64 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 86.13 | 61,867.51 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 97.89 | 61,769.62 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 85.88 | 61,683.74 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 94.63 | 61,589.11 |

Subtotals :    $75,797.56    $14,208.45

{} Asset reference(s)                                                      Printed: 03/02/2015 04:28 PM    V.13.21

Exhibit B

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-35993-BWB  
**Case Name:** MADDALONE, RANDALL  
MADDALONE, LENORA  
**Taxpayer ID #:** **-***5590  
**Period Ending:** 03/02/15  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7066 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/07/14 | 103 | ILLINOIS DEPARTMENT OF REVENUE | 2013 IL -1041/FEIN 30-6375590<br>Stopped on 10/15/14 | 2820-000 | | 808.00 | 60,781.11 |
| 10/07/14 | 104 | ARIZONA DEPARTMENT OF REVENUE | 2013 141AZ/FEIN 30-6375590 | 2820-000 | | 1,248.00 | 59,533.11 |
| 10/15/14 | 103 | ILLINOIS DEPARTMENT OF REVENUE | 2013 IL -1041/FEIN 30-6375590<br>Stopped: check issued on 10/07/14 | 2820-000 | | -808.00 | 60,341.11 |
| 10/15/14 | 105 | ILLINOIS DEPARTMENT OF REVENUE | 2013 IL -1041/FEIN 30-6375590 | 2820-000 | | 808.00 | 59,533.11 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 91.34 | 59,441.77 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.94 | 59,364.83 |
| 12/02/14 | | ARIZONA DEPT OF REVENUE | REFUND | 2820-000 | | -1,248.00 | 60,612.83 |
| 12/02/14 | | ARIZONA DEPT OF REVENUE | Reversed Deposit 100002 1 REFUND | 2820-000 | | 1,248.00 | 59,364.83 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.77 | 59,268.06 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.24 | 59,182.82 |
| 02/26/15 | 106 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-35993, BOND NUMBER 10BSBGR6291<br>Voided on 02/26/15 | 2300-000 | | 56.40 | 59,126.42 |
| 02/26/15 | 106 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-35993, BOND NUMBER 10BSBGR6291<br>Voided: check issued on 02/26/15 | 2300-000 | | -56.40 | 59,182.82 |
| 02/26/15 | 107 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #12-35993, BOND NUMBER 10BSBGR6291<br>Voided on 02/26/15 | 2300-000 | | 57.42 | 59,125.40 |
| 02/26/15 | 107 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #12-35993, BOND NUMBER 10BSBGR6291<br>Voided: check issued on 02/26/15 | 2300-000 | | -57.42 | 59,182.82 |
| 02/26/15 | 108 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-35993, BOND NUMBER 10BSBGR6291 | 2300-000 | | 56.40 | 59,126.42 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.45 | 59,046.97 |

Subtotals :   $0.00   $2,542.14

{} Asset reference(s)

Printed: 03/02/2015 04:28 PM   V.13.21

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 12-35993-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | MADDALONE, RANDALL | | Bank Name: | Rabobank, N.A. |
| | MADDALONE, LENORA | | Account: | ******7066 - Checking Account |
| Taxpayer ID #: | **-***5590 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/02/15 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 75,797.56 | 16,750.59 | **$59,046.97** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 75,797.56 | 16,750.59 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$75,797.56** | **$16,750.59** | |

| | | |
|---|---:|---|
| Net Receipts : | 75,797.56 | |
| Plus Gross Adjustments : | 7,282.33 | |
| Net Estate : | $83,079.89 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7066** | 75,797.56 | 16,750.59 | 59,046.97 |
| | $75,797.56 | $16,750.59 | $59,046.97 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 11, 2013

**Case Number:** 12-35993-BWB  
**Debtor Name:** MADDALONE, RANDALL

Page: 1

**Date:** March 2, 2015  
**Time:** 04:28:13 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN1 200 | THOMAS B. SULLIVAN, TRUSTEE<br>105 W Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | [Updated by Surplus to Debtor Report based on Net Estate Value: 79889.99] | $7,244.50 | $0.00 | 7,244.50 |
| ADMIN2 200 | Alan D. Lasko<br>Alan D. Lasko & Associates,P.C<br>29 S. LaSalle Street, Ste 1240<br>Chicago, IL 60603 | Admin Ch. 7 | | $1,475.40 | $0.00 | 1,475.40 |
| ADMIN3 200 | Alan D. Lasko<br>Alan D. Lasko & Associates,P.C<br>29 S. LaSalle Street, Ste 1240<br>Chicago, IL 60603 | Admin Ch. 7 | | $26.03 | $0.00 | 26.03 |
| 4 560 | Ford Motor Credit Company LLC<br>P O Box 6275<br>Dearborn, MI 48121 | Secured | WITHDRAWN | $0.00 | $0.00 | 0.00 |
| 1 610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $6,923.68 | $0.00 | 6,923.68 |
| 2 610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $3,137.65 | $0.00 | 3,137.65 |
| 3 610 | SanMar Corp<br>22833 SE Black Nugget Rd<br>Ste 130<br>Issaquah, WA 98029 | Unsecured | | $2,084.86 | $0.00 | 2,084.86 |
| 5 610 | Midwest Orthopaedic Institute<br>2111 Midlands Court<br>Sycamore, IL 60178 | Unsecured | | $18,260.70 | $0.00 | 18,260.70 |
| 6 610 | Advertising Specialty Institute<br>ASI<br>4800 Street Road<br>Trevose, PA 19058-6698 | Unsecured | | $335.33 | $0.00 | 335.33 |
| 7 610 | EmbroidMe.com, Inc<br>2121 Vista Parkway<br>West Palm Beach, FL 33411 | Unsecured | | $5,836.00 | $0.00 | 5,836.00 |
| 8 610 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $137.58 | $0.00 | 137.58 |
| 9 610 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $10,198.25 | $0.00 | 10,198.25 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 11, 2013

**Case Number:** 12-35993-BWB  
**Debtor Name:** MADDALONE, RANDALL

Page: 2

**Date:** March 2, 2015  
**Time:** 04:28:13 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10 610 | Greco/Reggi RT. 4 L.L.C. c/o Marcia Owens and Yeny C. Estrada, Chicago, IL 60606 | Unsecured | | $0.00 | $0.00 | 0.00 |
| 1I 640 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Unsecured | | $29.09 | $0.00 | 29.09 |
| 2I 640 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Unsecured | | $13.18 | $0.00 | 13.18 |
| 3I 640 | SanMar Corp 22833 SE Black Nugget Rd Ste 130 Issaquah, WA 98029 | Unsecured | | $8.76 | $0.00 | 8.76 |
| 5I 640 | Midwest Orthopaedic Institute 2111 Midlands Court Sycamore, IL 60178 | Unsecured | | $76.71 | $0.00 | 76.71 |
| 6I 640 | Advertising Specialty Institute ASI 4800 Street Road Trevose, PA 19058-6698 | Unsecured | | $1.41 | $0.00 | 1.41 |
| 7I 640 | EmbroidMe.com, Inc 2121 Vista Parkway West Palm Beach, FL 33411 | Unsecured | | $24.52 | $0.00 | 24.52 |
| 8I 640 | Quantum3 Group LLC as agent for CF Medical LLC PO Box 788 Kirkland, WA 98083-0788 | Unsecured | | $0.58 | $0.00 | 0.58 |
| 9I 640 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | Unsecured | | $42.84 | $0.00 | 42.84 |
| SURPLUS 650 | MADDALONE, RANDALL 1028 VERMILLION STREET PLANO, IL 60545 | Unsecured | | $3,189.90 | $0.00 | 3,189.90 |
| **<< Totals >>** | | | | 59,046.97 | 0.00 | 59,046.97 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                                  Exhibit D

Case No.: 12-35993-BWB
Case Name: MADDALONE, RANDALL
Trustee Name: THOMAS B. SULLIVAN, TRUSTEE

**Balance on hand:**                  $         59,046.97

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Ford Motor Credit Company LLC | 16,794.26 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $         0.00
Remaining balance:                       $    59,046.97

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 7,244.50 | 0.00 | 7,244.50 |
| Accountant for Trustee, Fees - Alan D. Lasko | 1,475.40 | 0.00 | 1,475.40 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 26.03 | 0.00 | 26.03 |

Total to be paid for chapter 7 administration expenses:   $     8,745.93
Remaining balance:                                        $    50,301.04

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:                                            $    50,301.04

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 50,301.04 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 46,914.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 6,923.68 | 0.00 | 6,923.68 |
| 2 | Discover Bank | 3,137.65 | 0.00 | 3,137.65 |
| 3 | SanMar Corp | 2,084.86 | 0.00 | 2,084.86 |
| 5 | Midwest Orthopaedic Institute | 18,260.70 | 0.00 | 18,260.70 |
| 6 | Advertising Specialty Institute | 335.33 | 0.00 | 335.33 |
| 7 | EmbroidMe.com, Inc | 5,836.00 | 0.00 | 5,836.00 |
| 8 | Quantum3 Group LLC as agent for | 137.58 | 0.00 | 137.58 |
| 9 | eCAST Settlement Corporation, assignee | 10,198.25 | 0.00 | 10,198.25 |
| 10 | Greco/Reggi RT. 4 L.L.C. | 0.00 | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 46,914.05 |
| Remaining balance: | $ | 3,386.99 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 3,386.99 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 3,386.99 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $197.09. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 3,189.90.

**UST Form 101-7-TFR (05/1/2011)**