# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: MADDALONE, RANDALL § Case No. 12-35993-BWB
      MADDALONE, LENORA §
 §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S Dearborn Street
Chicago, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:00am on 05/01/2015 in Courtroom      , United States Courthouse, 150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  03/23/2015          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                    Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**UST Form 101-7-NFR (10/1/2010)**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: MADDALONE, RANDALL § Case No. 12-35993-BWB
      MADDALONE, LENORA §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 83,079.89 |
| *and approved disbursements of* | $ 24,032.92 |
| *leaving a balance on hand of* [1] | $ 59,046.97 |
| **Balance on hand:** | $ 59,046.97 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Ford Motor Credit Company LLC | 16,794.26 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 59,046.97 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 7,244.50 | 0.00 | 7,244.50 |
| Accountant for Trustee, Fees - Alan D. Lasko | 1,475.40 | 0.00 | 1,475.40 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 26.03 | 0.00 | 26.03 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 8,745.93 |
| Remaining balance: | $ 50,301.04 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $            0.00
Remaining balance:                                            $       50,301.04

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $            0.00
Remaining balance:                      $       50,301.04

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 46,914.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 6,923.68 | 0.00 | 6,923.68 |
| 2 | Discover Bank | 3,137.65 | 0.00 | 3,137.65 |
| 3 | SanMar Corp | 2,084.86 | 0.00 | 2,084.86 |
| 5 | Midwest Orthopaedic Institute | 18,260.70 | 0.00 | 18,260.70 |
| 6 | Advertising Specialty Institute | 335.33 | 0.00 | 335.33 |
| 7 | EmbroidMe.com, Inc | 5,836.00 | 0.00 | 5,836.00 |
| 8 | Quantum3 Group LLC as agent for | 137.58 | 0.00 | 137.58 |
| 9 | eCAST Settlement Corporation, assignee | 10,198.25 | 0.00 | 10,198.25 |
| 10 | Greco/Reggi RT. 4 L.L.C. | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 46,914.05 |
| Remaining balance: | $ | 3,386.99 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 3,386.99 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 3,386.99 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $197.09. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 3,189.90.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL 60602
(312) 878-4802

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                   Case No. 12-35993-BWB
Randall R Maddalone                                                      Chapter 7
Lenora J Maddalone
      Debtors                   CERTIFICATE OF NOTICE
District/off: 0752-1          User: arodarte               Page 1 of 2                  Date Rcvd: Mar 24, 2015
                              Form ID: pdf006              Total Noticed: 58


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2015.
db/jdb         +Randall R Maddalone,    Lenora J Maddalone,    1028 Vermillion St.,    Plano, IL 60545-3024
aty           #+Innovalaw PC,   1900 Ravinia Place,    Orland Park, IL 60462-3760
19424634       +ASI,   P.O. Box 15017,    Wilmington, DE 19886-5017
19424631       +Adventist,   La Grange Memorial Hospital,    P.O. Box 1965,    Southgate, MI 48195-0965
19955636       +Advertising Specialty Institute,    ASI,   4800 Street Road,    Trevose, PA 19053-6698
19424632       +Alcoa Billing Center,    3429 Regal Dr,   Alcoa, TN 37701-3265
19424633       +Alpha Shirt Company,    23591 Network Place,    Chicago, IL 60673-1235
19626163       +Banner Health,   PO Box 52616,    Phoenix, AZ 85072-2616
19424636       +Banner Thunderbird Medical Center,    P.O. Box 18,    Phoenix, AZ 85001-0018
19424637       +Bodek & Rhodes,   P.O. Box 820144,    Philadelphia, PA 19182-0144
19424638       +Brian Murphy,   Murphy & Associates,    808 N. Lake St.,    Aurora, IL 60506-3141
19424640       +Bureau Of Medical Economics,    326 East Coronado Rd.,    Phoenix, AZ 85004-1524
19424641       +Canyon Orthopaedic Surgeons,    10450 W Mcdowell Rd Ste 102,    Avondale, AZ 85392-4901
19424642       +Capital One/ Best Buy,    P.O. Box 5253,   Carol Stream, IL 60197-5253
19424643       +Chase,   P.O. Box 15153,    Wilmington, DE 19886-5153
19424645       +Cristall Thread & Supply,    P.O. Box 680,   Kenmore, NY 14217-0680
19424646       +Denkewalter & Angelo,    5215 Old Orchard Road,    Skokie, IL 60077-1035
19424647       +Dex One,   P.O. Box 9001401,    Louisville, KY 40290-1401
19424649       +Edwards Garments Co.,    P.O. Box 77000,   Detroit, MI 48277-2000
19976858       +EmbroidMe.com, Inc,    2121 Vista Parkway,   West Palm Beach, Florida 33411-2706
19930239      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company LLC,    P O Box 6275,    Dearborn, MI 48121)
19424650       +Ford Motor Credit,    P.O. Box Box 542000,   Omaha, NE 68154-8000
19424651       +Greco & Reggi,   1550 Hecht Rd,    Bartlett, IL 60103-1697
20156863       +Greco/Reggi RT. 4 L.L.C.,    c/o Marcia Owens and Yeny C. Estrada,    Edwards Wildman Palmer LLP,
                225 West Wacker Drive,    Suite 3000,   Chicago, Illinois 60606-3007
19424652       +Healthcare Collections Llc,    P.O. Box 82910,   Phoenix, AZ 85071-2910
19424653       +Home Pages,   P.O. Box 982,    De Kalb, IL 60115-0982
19424654       +Horizons By Marriott,    P.O. Box 382028,   Pittsburgh, PA 15250-0001
19424655       +Inpatient Consultants Of Illinois,    P.O. Box 92934,    Los Angelos, CA 90009-2934
19424656       +James Longton Dpm Pc,    3217 E Shea Blvd. #503,    Phoenix, AZ 85028-3381
19424630       +Law Offices of Darrell L Jordan,    1999 West Galena,    Aurora, IL 60506-4305
19424657      #+Little Rock-Fox Fire Prot Dist,    P.O. Box 218,    Plano, IL 60545-0218
19424629       +Maddalone Lenora J,    1028 Vermillion St,   Plano, IL 60545-3024
19424628       +Maddalone Randall R,    1028 Vermillion St,   Plano, IL 60545-3024
19424659       +Midwest Orthopaedic Institute,    2111 Midlands Court,    Sycamore, IL 60178-3125
19424660       +National Peace Officer's Press,    120 Collinsville Rd.,    Troy, IL 62294-1398
19424662       +North Valley Emergency Spec, Llc,    5555 W Thunderbird Rd,    Glendale, AZ 85306-4622
19424663       +Northern Leasing Systems, Inc,    132 W. 31st St. 14th Floor,    New York, NY 10001-3405
19424664       +Provena Mercy,   Patient Financial,    1643 Lewis Ave. Suite 203,    Billings, MT 59102-4151
19424665       +Provident Funding Asso,    1235 N Dutton Ave,    Santa Rosa, CA 95401-4642
19527690       +Provident Funding Associates, L.P.,    C/O Potestivo & Associates,    811 South Blvd.,
                Rochester Hills, Mi 48307-5359
19424667       +SanMar Corp,   22833 SE Black Nugget Rd,    Ste 130,    Issaquah, WA 98029-3621
19424668      #+SimonMed Imaging,    One City Blvd West, Ste 1100,    Orange, CA 92868-3647
19424669       +Sonora Quest Laboratories,    1255 W Washington St.,    Tempe, AZ 85281-1210
19424670       +South Mountain,   10919 S. Central Avenue,    Tempe, AZ 85287-0001
19424672       +State Of Illinois,    P.O. Box 19447,   Springfield, IL 62794-9447
19424673        Td Auto Finance,    27777 Franklin Rd,   Farmington Hills, MI 48334
19424674       +Tri-Mountain,   4889 4th St.,    Irwindale, CA 91706-2194
19424675       +United Franchise Group,    2121 Vista Parkway,    West Palm Beach, FL 33411-2706
20132842        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19424635       +E-mail/Text: g17768@att.com Mar 25 2015 01:37:59     At&T,   P.O. Box 8100,
                Aurora, IL 60507-8100
19424644       +E-mail/Text: legalcollections@comed.com Mar 25 2015 01:40:15     Comed,   P.O. Box 6111,
                Carol Stream, IL 60197-6111
19802398        E-mail/PDF: mrdiscen@discover.com Mar 25 2015 01:43:14     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
19424648       +E-mail/PDF: mrdiscen@discover.com Mar 25 2015 01:43:14     Discover Fin Svcs Llc,
                P.O. Box 15316,    Wilmington, DE 19850-5316
19424658       +E-mail/Text: MVCIBL@VACATIONCLUB.COM Mar 25 2015 01:38:58     Marriott Ownership Res,
                1200 Us Highway 98 S Ste,    Lakeland, FL 33801-5901
19424661       +E-mail/Text: bankrup@aglresources.com Mar 25 2015 01:37:49     Nicor Gas,    P.O. Box 0632,
                Aurora, IL 60507-0632
20082148        E-mail/Text: bnc-quantum@quantum3group.com Mar 25 2015 01:38:37
                Quantum3 Group LLC as agent for,    CF Medical LLC,   PO Box 788,    Kirkland, WA 98083-0788
19424666       +E-mail/Text: credit@ssactivewear.com Mar 25 2015 01:39:58     S& S Activewear,
                8089 Solutions Center,    Chicago, IL 60677-8000
19424671       +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Mar 25 2015 01:39:24     State Farm,
                P.O. Box 680001,    Dallas, TX 75368-0001
```

```
District/off: 0752-1          User: arodarte              Page 2 of 2                  Date Rcvd: Mar 24, 2015
                              Form ID: pdf006             Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
                                                                                                  TOTAL: 9
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19424639      ##+Brother Intl,    100 Somerset Corp Blvd.,    Bridgewater, NJ 08807-2850
                                                                                       TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2015                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2015 at the address(es) listed below:
```
              Anna Stanley Kahriman    on behalf of Creditor    Provident Funding Associates, L.P.
               ask@jtlawllc.com,   axb@jtlawllc.com
              Ariane  Holtschlag    on behalf of Trustee Thomas B Sullivan aholtschlag@wfactorlaw.com,
               gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;nbouchard@wfactorlaw.com
              Darrell L Jordan    on behalf of Debtor Randall R Maddalone lawjko@yahoo.com,
               dlj60506@gmail.com
              Darrell L Jordan    on behalf of Joint Debtor Lenora J Maddalone lawjko@yahoo.com,
               dlj60506@gmail.com
              Darrell L Jordan    on behalf of Interested Party Vincent  Maddalone lawjko@yahoo.com,
               dlj60506@gmail.com
              Michael L Sherman    on behalf of Creditor    FORD MOTOR CREDIT COMPANY LLC shermlaw1@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas B Sullivan    tsullivan@wfactorlaw.com,    IL19@ecfcbis.com;gsullivan@ecf.inforuptcy.com
              William J Factor    on behalf of Trustee Thomas B Sullivan wfactor@wfactorlaw.com,
               wfactorlaw@gmail.com;gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;wfactor@ecf.inforuptcy
               .com;nbouchard@wfactorlaw.com
              Yeny C. Estrada    on behalf of Creditor    Greco Reggi Yorkville RT4, LLC
               yeny.estrada@lockelord.com,    karen.soto@lockelord.com;ECFFilings@edwardswildman.com
                                                                                                 TOTAL: 10
```