**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: MADDALONE, RANDALL | § | Case No. 12-35993-BWB |
| MADDALONE, LENORA | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $197,136.55                     Assets Exempt: $8,370.55
*(without deducting any secured claims)*

Total Distribution to Claimants: $47,111.14       Claims Discharged
                                                  Without Payment: $0.00

Total Expenses of Administration: $32,778.85

---

   3) Total gross receipts of $     83,079.89    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     3,189.90   (see **Exhibit 2**), yielded net receipts of $79,889.99 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $16,794.26 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 32,778.85 | 32,778.85 | 32,778.85 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 47,111.14 | 47,111.14 | 47,111.14 |
| **TOTAL DISBURSEMENTS** | $0.00 | $96,684.25 | $79,889.99 | $79,889.99 |

4) This case was originally filed under Chapter 7 on September 11, 2012. The case was pending for 36 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/21/2015          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 8940 W OLIVE UNIT 99, PEORIA AZ | 1110-000 | 83,079.89 |
| **TOTAL GROSS RECEIPTS** | | **$83,079.89** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MADDALONE, RANDALL | Dividend paid 100.00% on $3,189.90; Claim# SURPLUS; Filed: $3,189.90; Reference: | 8200-002 | 3,189.90 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$3,189.90** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Ford Motor Credit Company LLC | 4210-000 | N/A | 16,794.26 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$16,794.26** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 7,244.50 | 7,244.50 | 7,244.50 |
| Alan D. Lasko | 3410-000 | N/A | 1,475.40 | 1,475.40 | 1,475.40 |
| Alan D. Lasko | 3420-000 | N/A | 26.03 | 26.03 | 26.03 |
| MARICOPA COUNTY TREASURER | 2820-000 | N/A | 276.45 | 276.45 | 276.45 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| GRAND CANYON TITLE AGENCY | 2500-000 | N/A | 720.50 | 720.50 | 720.50 |
| POWER REALTY SERVICES | 3510-000 | N/A | 4,150.00 | 4,150.00 | 4,150.00 |
| GRAND CANYON TITLE INS | 2500-000 | N/A | 419.00 | 419.00 | 419.00 |
| MANCOPA COUNTY TREASURER | 2820-000 | N/A | 626.88 | 626.88 | 626.88 |
| WESTGREEN TOWNHOUSE ASSOC | 2500-000 | N/A | 1,079.00 | 1,079.00 | 1,079.00 |
| SALT RIVER VALLEY WATER USERS | 2500-000 | N/A | 10.50 | 10.50 | 10.50 |
| Rabobank, N.A. | 2600-000 | N/A | 14.53 | 14.53 | 14.53 |
| Rabobank, N.A. | 2600-000 | N/A | 119.90 | 119.90 | 119.90 |
| Rabobank, N.A. | 2600-000 | N/A | 108.82 | 108.82 | 108.82 |
| Rabobank, N.A. | 2600-000 | N/A | 105.04 | 105.04 | 105.04 |
| Rabobank, N.A. | 2600-000 | N/A | 119.38 | 119.38 | 119.38 |
| Rabobank, N.A. | 2600-000 | N/A | 101.12 | 101.12 | 101.12 |
| INNOVALAW, PC | 3220-000 | N/A | 25.00 | 25.00 | 25.00 |
| INNOVALAW, PC | 3210-000 | N/A | 12,638.50 | 12,638.50 | 12,638.50 |
| Rabobank, N.A. | 2600-000 | N/A | 111.74 | 111.74 | 111.74 |
| Rabobank, N.A. | 2600-000 | N/A | 92.82 | 92.82 | 92.82 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 52.31 | 52.31 | 52.31 |
| Rabobank, N.A. | 2600-000 | N/A | 83.68 | 83.68 | 83.68 |
| Rabobank, N.A. | 2600-000 | N/A | 86.51 | 86.51 | 86.51 |
| Rabobank, N.A. | 2600-000 | N/A | 95.34 | 95.34 | 95.34 |
| Rabobank, N.A. | 2600-000 | N/A | 89.23 | 89.23 | 89.23 |
| Rabobank, N.A. | 2600-000 | N/A | 86.13 | 86.13 | 86.13 |
| Rabobank, N.A. | 2600-000 | N/A | 97.89 | 97.89 | 97.89 |
| Rabobank, N.A. | 2600-000 | N/A | 85.88 | 85.88 | 85.88 |
| Rabobank, N.A. | 2600-000 | N/A | 94.63 | 94.63 | 94.63 |
| ARIZONA DEPARTMENT OF REVENUE | 2820-000 | N/A | 1,248.00 | 1,248.00 | 1,248.00 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | N/A | 808.00 | 808.00 | 808.00 |
| Rabobank, N.A. | 2600-000 | N/A | 91.34 | 91.34 | 91.34 |
| Rabobank, N.A. | 2600-000 | N/A | 76.94 | 76.94 | 76.94 |
| ARIZONA DEPT OF REVENUE | 2820-000 | N/A | -1,248.00 | -1,248.00 | -1,248.00 |
| ARIZONA DEPT OF REVENUE | 2820-000 | N/A | 1,248.00 | 1,248.00 | 1,248.00 |
| Rabobank, N.A. | 2600-000 | N/A | 96.77 | 96.77 | 96.77 |
| Rabobank, N.A. | 2600-000 | N/A | 85.24 | 85.24 | 85.24 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 56.40 | 56.40 | 56.40 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 79.45 | 79.45 | 79.45 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$32,778.85** | **$32,778.85** | **$32,778.85** |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 6,923.68 | 6,923.68 | 6,923.68 |
| 1I | Discover Bank | 7990-000 | N/A | 29.09 | 29.09 | 29.09 |
| 2 | Discover Bank | 7100-000 | N/A | 3,137.65 | 3,137.65 | 3,137.65 |
| 2I | Discover Bank | 7990-000 | N/A | 13.18 | 13.18 | 13.18 |
| 3 | SanMar Corp | 7100-000 | N/A | 2,084.86 | 2,084.86 | 2,084.86 |
| 3I | SanMar Corp | 7990-000 | N/A | 8.76 | 8.76 | 8.76 |
| 5 | Midwest Orthopaedic Institute | 7100-000 | N/A | 18,260.70 | 18,260.70 | 18,260.70 |
| 5I | Midwest Orthopaedic Institute | 7990-000 | N/A | 76.71 | 76.71 | 76.71 |
| 6 | Advertising Specialty Institute | 7100-000 | N/A | 335.33 | 335.33 | 335.33 |
| 6I | Advertising Specialty Institute | 7990-000 | N/A | 1.41 | 1.41 | 1.41 |
| 7 | EmbroidMe.com, Inc | 7100-000 | N/A | 5,836.00 | 5,836.00 | 5,836.00 |
| 7I | EmbroidMe.com, Inc | 7990-000 | N/A | 24.52 | 24.52 | 24.52 |
| 8 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 137.58 | 137.58 | 137.58 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 0.58 | 0.58 | 0.58 |
| 9 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 10,198.25 | 10,198.25 | 10,198.25 |
| 9I | eCAST Settlement Corporation, assignee | 7990-000 | N/A | 42.84 | 42.84 | 42.84 |
| 10 | Greco/Reggi RT. 4 L.L.C. | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $47,111.14 | $47,111.14 | $47,111.14 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-35993-BWB  
**Case Name:** MADDALONE, RANDALL  
MADDALONE, LENORA  
**Period Ending:** 08/21/15

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 09/11/12 (f)  
**§341(a) Meeting Date:** 10/11/12  
**Claims Bar Date:** 03/11/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 15853 N 74TH AVENUE, PEORIA, AZ | 112,300.00 | 0.00 | | 0.00 | FA |
| 2 | 8940 W OLIVE UNIT 99, PEORIA AZ | 56,185.00 | 56,185.00 | | 83,079.89 | FA |
| 3 | 11501 INTERNATIONAL DRIVE, ORLANDO, FL | 44,408.00 | 0.00 | | 0.00 | FA |
| 4 | CASH | 27.00 | 0.00 | | 0.00 | FA |
| 5 | BANK OF AMERICA | 53.71 | 0.00 | | 0.00 | FA |
| 6 | BANK OF AMERICA | 640.27 | 0.00 | | 0.00 | FA |
| 7 | BANK OF AMERICA | 1,371.53 | 0.00 | | 0.00 | FA |
| 8 | OLD SECOND | 7.29 | 0.00 | | 0.00 | FA |
| 9 | HOUSEHOLD GOODS | 400.00 | 0.00 | | 0.00 | FA |
| 10 | BOOKS ETC | 125.00 | 0.00 | | 0.00 | FA |
| 11 | WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 12 | WEDDING RINGS | 2,000.00 | 0.00 | | 0.00 | FA |
| 13 | RIFLE | 75.00 | 0.00 | | 0.00 | FA |
| 14 | WEST SUBURBAN BANK | 68.75 | 0.00 | | 0.00 | FA |
| 15 | 2002 FORD TAURUS | 3,002.00 | 0.00 | | 0.00 | FA |
| 16 | 2008 JEEP PATRIOT | 6,573.00 | 0.00 | | 0.00 | FA |
| 17 | 2011 FORD FUSION | 10,485.00 | 0.00 | | 0.00 | FA |
| 18 | LAPTOP | 100.00 | 0.00 | | 0.00 | FA |
| 19 | CLUB AT SOUTH MOUNTAIN PRESERVE | 15,000.00 | 0.00 | | 0.00 | FA |
| **19** | **Assets** Totals (Excluding unknown values) | **$253,321.55** | **$56,185.00** | | **$83,079.89** | **$0.00** |

**Major Activities Affecting Case Closing:**

TDR SENT TO US TEE 8/21/15; FINAL REPORT SENT TO US TEE'S OFFICE 3/9/15; FINAL RETURNS TO BE PREPARED; FINAL REPORT TO FOLLOW

Printed: 08/21/2015 10:14 AM    V.13.23

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 12-35993-BWB  
**Case Name:** MADDALONE, RANDALL  
MADDALONE, LENORA  
**Period Ending:** 08/21/15

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 09/11/12 (f)  
**§341(a) Meeting Date:** 10/11/12  
**Claims Bar Date:** 03/11/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** December 31, 2014     **Current Projected Date Of Final Report (TFR):** March 19, 2015 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-35993-BWB  
**Case Name:** MADDALONE, RANDALL  
MADDALONE, LENORA  
**Taxpayer ID #:** **-***5590  
**Period Ending:** 08/21/15  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 06/21/13 | | GRAND CANYON TITLE AGENCY, INC. | SALE OF REAL PROPERTY | | | 75,797.56 | | 75,797.56 |
| | {2} | | | 83,079.89 | 1110-000 | | | 75,797.56 |
| | | MARICOPA COUNTY TREASURER | COUNTY TAXES | -276.45 | 2820-000 | | | 75,797.56 |
| | | GRAND CANYON TITLE AGENCY | OWNERS POLICY | -720.50 | 2500-000 | | | 75,797.56 |
| | | POWER REALTY SERVICES | COMMISSION | -4,150.00 | 3510-000 | | | 75,797.56 |
| | | GRAND CANYON TITLE INS | TITLE INS ETC | -419.00 | 2500-000 | | | 75,797.56 |
| | | MANCOPA COUNTY TREASURER | 2012 TAXES | -626.88 | 2820-000 | | | 75,797.56 |
| | | WESTGREEN TOWNHOUSE ASSOC | HOA DUES | -1,079.00 | 2500-000 | | | 75,797.56 |
| | | SALT RIVER VALLEY WATER USERS | SERVICE CHARGE | -10.50 | 2500-000 | | | 75,797.56 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 14.53 | 75,783.03 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 119.90 | 75,663.13 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 108.82 | 75,554.31 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 105.04 | 75,449.27 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 119.38 | 75,329.89 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 101.12 | 75,228.77 |
| 12/10/13 | 101 | INNOVALAW, PC | FEES & COSTS TO TRUSTEE'S COUNSEL | | | | 12,663.50 | 62,565.27 |
| | | | EXPENSES | 25.00 | 3220-000 | | | 62,565.27 |
| | | | FEES | 12,638.50 | 3210-000 | | | 62,565.27 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 111.74 | 62,453.53 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 92.82 | 62,360.71 |
| 02/03/14 | 102 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #12-35993, BOND#016026455 | | 2300-000 | | 52.31 | 62,308.40 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 83.68 | 62,224.72 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 86.51 | 62,138.21 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 95.34 | 62,042.87 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 89.23 | 61,953.64 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 86.13 | 61,867.51 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 97.89 | 61,769.62 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 85.88 | 61,683.74 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 94.63 | 61,589.11 |

Subtotals :  $75,797.56  $14,208.45

{} Asset reference(s)

Printed: 08/21/2015 10:14 AM    V.13.23

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 12-35993-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | MADDALONE, RANDALL | | Bank Name: | Rabobank, N.A. |
| | MADDALONE, LENORA | | Account: | ******7066 - Checking Account |
| Taxpayer ID #: | **-***5590 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 08/21/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/07/14 | 103 | ILLINOIS DEPARTMENT OF REVENUE | 2013 IL -1041/FEIN 30-6375590 Stopped on 10/15/14 | 2820-000 | | 808.00 | 60,781.11 |
| 10/07/14 | 104 | ARIZONA DEPARTMENT OF REVENUE | 2013 141AZ/FEIN 30-6375590 | 2820-000 | | 1,248.00 | 59,533.11 |
| 10/15/14 | 103 | ILLINOIS DEPARTMENT OF REVENUE | 2013 IL -1041/FEIN 30-6375590 Stopped: check issued on 10/07/14 | 2820-000 | | -808.00 | 60,341.11 |
| 10/15/14 | 105 | ILLINOIS DEPARTMENT OF REVENUE | 2013 IL -1041/FEIN 30-6375590 | 2820-000 | | 808.00 | 59,533.11 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 91.34 | 59,441.77 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.94 | 59,364.83 |
| 12/02/14 | | ARIZONA DEPT OF REVENUE | REFUND | 2820-000 | | -1,248.00 | 60,612.83 |
| 12/02/14 | | ARIZONA DEPT OF REVENUE | Reversed Deposit 100002 1 REFUND | 2820-000 | | 1,248.00 | 59,364.83 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.77 | 59,268.06 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.24 | 59,182.82 |
| 02/26/15 | 106 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-35993, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 56.40 | 59,126.42 |
| 02/26/15 | 106 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-35993, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -56.40 | 59,182.82 |
| 02/26/15 | 107 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #12-35993, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 57.42 | 59,125.40 |
| 02/26/15 | 107 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #12-35993, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -57.42 | 59,182.82 |
| 02/26/15 | 108 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-35993, BOND NUMBER 10BSBGR6291 | 2300-000 | | 56.40 | 59,126.42 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.45 | 59,046.97 |
| 05/05/15 | 109 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $7,244.50, Trustee Compensation;  Reference: | 2100-000 | | 7,244.50 | 51,802.47 |
| 05/05/15 | 110 | Alan D. Lasko | Dividend paid 100.00% on $1,475.40, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,475.40 | 50,327.07 |

Subtotals :  $0.00   $11,262.04

{} Asset reference(s)

Printed: 08/21/2015 10:14 AM   V.13.23

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 12-35993-BWB  
**Case Name:** MADDALONE, RANDALL  
MADDALONE, LENORA  
**Taxpayer ID #:** **-***5590  
**Period Ending:** 08/21/15  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/05/15 | 111 | Alan D. Lasko | Dividend paid 100.00% on $26.03, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 26.03 | 50,301.04 |
| 05/05/15 | 112 | Discover Bank | Dividend paid 100.00% on $6,923.68; Claim# 1; Filed: $6,923.68; Reference: | 7100-000 | | 6,923.68 | 43,377.36 |
| 05/05/15 | 113 | Discover Bank | Dividend paid 100.00% on $3,137.65; Claim# 2; Filed: $3,137.65; Reference: | 7100-000 | | 3,137.65 | 40,239.71 |
| 05/05/15 | 114 | SanMar Corp | Dividend paid 100.00% on $2,084.86; Claim# 3; Filed: $2,084.86; Reference: | 7100-000 | | 2,084.86 | 38,154.85 |
| 05/05/15 | 115 | Midwest Orthopaedic Institute | Dividend paid 100.00% on $18,260.70; Claim# 5; Filed: $18,260.70; Reference: | 7100-000 | | 18,260.70 | 19,894.15 |
| 05/05/15 | 116 | Advertising Specialty Institute | Dividend paid 100.00% on $335.33; Claim# 6; Filed: $335.33; Reference: | 7100-000 | | 335.33 | 19,558.82 |
| 05/05/15 | 117 | EmbroidMe.com, Inc | Dividend paid 100.00% on $5,836.00; Claim# 7; Filed: $5,836.00; Reference: | 7100-000 | | 5,836.00 | 13,722.82 |
| 05/05/15 | 118 | Quantum3 Group LLC as agent for | Dividend paid 100.00% on $137.58; Claim# 8; Filed: $137.58; Reference: | 7100-000 | | 137.58 | 13,585.24 |
| 05/05/15 | 119 | eCAST Settlement Corporation, assignee | Dividend paid 100.00% on $10,198.25; Claim# 9; Filed: $10,198.25; Reference: | 7100-000 | | 10,198.25 | 3,386.99 |
| 05/05/15 | 120 | Discover Bank | Dividend paid 100.00% on $29.09; Claim# 1I; Filed: $29.09; Reference: | 7990-000 | | 29.09 | 3,357.90 |
| 05/05/15 | 121 | Discover Bank | Dividend paid 100.00% on $13.18; Claim# 2I; Filed: $13.18; Reference: | 7990-000 | | 13.18 | 3,344.72 |
| 05/05/15 | 122 | SanMar Corp | Dividend paid 100.00% on $8.76; Claim# 3I; Filed: $8.76; Reference: | 7990-000 | | 8.76 | 3,335.96 |
| 05/05/15 | 123 | Midwest Orthopaedic Institute | Dividend paid 100.00% on $76.71; Claim# 5I; Filed: $76.71; Reference: | 7990-000 | | 76.71 | 3,259.25 |
| 05/05/15 | 124 | Advertising Specialty Institute | Dividend paid 100.00% on $1.41; Claim# 6I; Filed: $1.41; Reference: | 7990-000 | | 1.41 | 3,257.84 |
| 05/05/15 | 125 | EmbroidMe.com, Inc | Dividend paid 100.00% on $24.52; Claim# 7I; Filed: $24.52; Reference: | 7990-000 | | 24.52 | 3,233.32 |
| 05/05/15 | 126 | Quantum3 Group LLC as agent for | Dividend paid 100.00% on $0.58; Claim# 8I; Filed: $0.58; Reference: | 7990-000 | | 0.58 | 3,232.74 |
| 05/05/15 | 127 | eCAST Settlement Corporation, assignee | Dividend paid 100.00% on $42.84; Claim# 9I; Filed: $42.84; Reference: | 7990-000 | | 42.84 | 3,189.90 |
| 05/05/15 | 128 | MADDALONE, RANDALL | Dividend paid 100.00% on $3,189.90; Claim# SURPLUS; Filed: $3,189.90; Reference: | 8200-002 | | 3,189.90 | 0.00 |

Subtotals : $0.00 $50,327.07

{} Asset reference(s)   Printed: 08/21/2015 10:14 AM   V.13.23

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 12-35993-BWB  
**Case Name:** MADDALONE, RANDALL  
MADDALONE, LENORA  
**Taxpayer ID #:** **-***5590  
**Period Ending:** 08/21/15

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 75,797.56 | 75,797.56 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 75,797.56 | 75,797.56 | |
| | | | Less: Payments to Debtors | | | 3,189.90 | |
| | | | NET Receipts / Disbursements | | $75,797.56 | $72,607.66 | |

```
Net Receipts :              75,797.56
Plus Gross Adjustments :     7,282.33
Less Payments to Debtor :    3,189.90
                           _____
Net Estate :                $79,889.99
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******7066** | 75,797.56 | 72,607.66 | 0.00 |
| | $75,797.56 | $72,607.66 | $0.00 |

{} Asset reference(s)                                                                               Printed: 08/21/2015 10:14 AM    V.13.23